AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Offices of Tiversa, located at 606 Liberty Avenue, Pittsburgh, PA 15222 | )<br>)<br>)   Case No.<br>)<br>)   [UNDER SEAL]  16-0180M<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Pennsylvania___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A incorporated herein by this reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days___
                                                                                                                            *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to
___the duty United States Magistrate Judge___ .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___Feb 29 2016___
                                            ___11:30___                    ___[signature]___
                                                                                    *Judge's signature*

City and state:     ___Pittsburgh, Pennsylvania___         ___Robert C. Mitchell, United States Magistrate Judge___
                                                                                            *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 16-0180M | Date and time warrant executed: 3/1/16 | Copy of warrant and inventory left with: Electronic sent to Tiversa Inc. Legal Counsel |
| Inventory made in the presence of : SA Chase Stephens (FBIPG) | | |
| Inventory of the property taken and name of any person(s) seized: See Attachments | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/2/16

_____
Executing officer's signature

Nosi Forde, Special Agent
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) 3-1-16

Floor 5

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Tiversa
(Street Address) 606 Liberty Ave
(City) Pittsburgh, PA 15222

Description of Item(s):

Item 1 - 6 cds - labeled - backup, RS, CMS, TRx S, IP2Loc, IP2Loc
2 - Tiversa BitTorrent Scanner Overview
   Tiversa Darwin Overview
3 - Envelope containing papers referencing concerned employees and use of anonymizer
4 - Managed services agreement from RDX
   Tiversa capital expenditures
5 - Papers found in bag, contained billings and FBI references
6 - Billing documents w/ Tiversa as client
7 - various documents found [unclear] guidebooks, contracts, emails and etc.
8 - several notebooks with notes and daily planner
9 - Email from Gary Wood with master service agreement, Tiversa Marketing agreement, confidentiality agreement, external software interface design, and Tiversa Facebook App project
10 - various client and project related documents
11 - thumb drive - cruzer glide 16GB

Received By: (Signature)
Received From: (Signature)

FD-597 (Rev 8-11-94)                                                                 Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) March 1, 2016

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Tiversa, Inc
(Street Address) ~~FF~~ 606 Liberty Ave Floor 6
(City) Pittsburgh PA

Description of Item(s): Employee emails
Service agreements and statements
marketing materials
CD's and thumbdrives
financial files and statements
Client files/records
Payroll stubs
Personnel records
journals
Policy handouts
Metlife invoice and service agreements
Customer's records
merger documents
wire transfer confirmation
ledgers
Filter material

Received By: _____(Signature)_____     Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __FILTER MATERIAL__              6TH FL

On (date) __3-1-16 SEARCH WARRANT__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __OFFICES OF TIVERSA__
(Street Address) __606 LIBERTY AVENUE__
(City) __PITTSBURGH, PA__

ITEM #

Description of Item(s): ROOM J – LOWER LEFT HAND DRAWER:

63 {
- LEGAL FEE BREAKDOWN SHEET
- MANILA FOLDER CONTAINING REED SMITH INVOICES
}

62 {
ROOM H - DESK AREA:
- VARIOUS LOOSE LEGAL PAPERS
}

66 {
ROOM O – CABINET ON RIGHT, MIDDLE DRAWER:
- FOLDERS CONTAINING HAMILTON, BROOK, SMITH, REYNOLDS INTELLECTUAL PROPERTY LAW DOCUMENTS
ROOM O - CABINET ON LEFT, 2ND DRAWER FROM THE BOTTOM:
- VARIOUS LEGAL DOCUMENTS CONCERNING LABMD
}

64 {
ROOM I - TWO CABINETS AGAINST WALL:
- VARIOUS LEGAL DOCUMENTS IN FOLDERS MARKED TESTIMONY US CONGRESS, OCEAN TOMO, AND PEPPER HAMILTON
- VARIOUS LOOSE LEGAL DOCUMENTS IN THE NAMES REED SMITH, CESARI + MCKENNA, OCEAN TOMO, AND PEPPER HAMILTON
ROOM I - TOP LEFT DRAWER OF DESK:
- VARIOUS LEGAL DOCUMENTS IN FOLDERS MARKED REED SMITH, CESARI + MCKENNA, PEPPER HAMILTON, + WILMER HALE
}

SEE PAGE 2 FOR OTHER ITEMS

Received By: _(Signature)_    Received From: _(Signature)_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # FILTER MATERIAL                                         6TH FL

On (date) 3-1-16 SEARCH WARRANT

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) OFFICES OF TIVERSA
(Street Address) 606 LIBERTY AVENUE
(City) PITTSBURGH, PA

Item #

Description of Item(s): ROOM K - DESK TOP:
- RTJ LAW DOCUMENT FOUND IN FOLDER LABELED VIKING

ROOM K - 4 DRAWER METAL CABINET
- VARIOUS MORGAN LEWIS DOCUMENTS CONTAINED IN FOLDER LABELED CORPORATE STRUCTURE, FOLDER LABELED LEGAL REVIEW AND A BINDED REPORT TITLED TIVERSA, INC PURCHASE AGREEMENT

65 {

ROOM K - 2 DRAWER WOOD CABINET
- VARIOUS LOOSE LEGAL PAPERS
- VARIOUS LEGAL PAPERS CONTAINED IN FOLDERS LABELED HOUSE OVERSIGHT, WORKING CID, AND CID
- REED SMITH BINDER LABELED MEDIATION

NO OTHER ITEMS

Received By: _____(Signature)_____   Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) March 1, 2016

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Tiversa, Inc

(Street Address) 666 Liberty Avenue

(City) Pittsburgh, PA

— Seventh Floor

**Description of Item(s):**

1.) Documents, notes, passwords
2.) 5 Tiversa DVDs, 3 hard drives, 1 scandisk, 2 NUL Abel DVDs
3.) Misc. optical media
4.) confidentialbusiness.com logs, server setup checklist, employee list
5.) 2 journals
6.) DVD - No label, DVD open manage systems mgmt tools & documentation
7.) Paper with website, paper with company name
8.) Payroll envelope for Daniel H. Byrnes
9.) DVD
10.) Phone Numbers
11.) DVD
12.) 2 DVD-Rs and Iris Access (iData Exc software)
13.) Phone and charger
14.) Username, password, and email information
15.) Thumb Drives (3)
16.) Business documents
17.) Notepads/handwritten notes
18.) rolodex and contact list, monthly reports, resumes, & other documents
19.) Handwritten passwords & notes
20.) Documents including applications and sources list
21.) Business documents
22.) LabMD docs and Tiversa contact list
23.) Business cards and contacts
24.) Thumb drive
25.) Handwritten notes about RSA
26.) Handwritten notes and documents about Darwin and Orphan
27.) Handwritten notes & pay stubs
28.) Customer documents
29.) Business documents & handwritten notes
30.) Reports for logos, classified NDAs for employees and other security documents

Received By: _____(Signature)_____   Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)                                                                 Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-UF-6434804

On (date) 3-1-16

Floor 2

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Tiversa
(Street Address) 606 Liberty Ave
(City) Pittsburgh, PA 15222

Description of Item(s):

Item 1 - policy manual
         clean papers and coding

2 - Tiversa stock incentive plan
    - Capital one bank account summary Isaccio De Sonde Palma

3 - contact info for UBS
    Metlife company flowchart
    Tiversa Policy and procedures

4 - call center contact info
    Tiversa policy and procedures

5 - Pfizer folder
    company customer list

6 - Samantha Burke bank statement and picture of passport

Received By: _____(Signature)_____     Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)  Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) March 1, 2016

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Tiversa
(Street Address) 606 Liberty Avenue
(City) Pittsburgh, PA 15222

Description of Item(s): Nine (9) hard drives containing forensic images of Tiversa employee computers     ds  3/1/16

Received By: ___(Signature)___      Received From: ___(Signature)___

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # __196D-WF-6434804__

On (date) __March 2, 2016__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Tiversa__
(Street Address) __606 Liberty Avenue__
(City) __Pittsburgh, PA 15222__

Description of Item(s): __Seven (7) hard drives containing forensic images and logical copies of Tiversa server, computer passwords printout — CFS — 3/2/16__

Received By: _____ (Signature)       Received From: _____ (Signature)