AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Offices of Tiversa, located at 606 Liberty<br>Avenue, Pittsburgh, PA 15222 | )<br>)<br>)   Case No.  16-180M Amended<br>)<br>)   [UNDER SEAL]<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Pennsylvania_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A incorporated herein by this reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 14, 2016_____
                                                                                                                                                                                                           *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to
_____the duty United States Magistrate Judge_____     .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐for _____ days *(not to exceed 30)*.
                                                                  ☐until, the facts justifying, the later specific date of _____.

Date and time issued: *March 1, 2016*           _____[signature]_____
                                                                                                                     *Judge's signature*

City and state:     _____Pittsburgh, Pennsylvania_____            _____Robert C. Mitchell, United States Magistrate Judge_____
                                                                                                                                  *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 16-180M Amended | 3/1/16 (original), 3/1/16 (Amended) | Electronically sent to Tiversa legal counsel |

Inventory made in the presence of: SA Chase Stephens (FBI PG)

Inventory of the property taken and name of any person(s) seized: See Attachments

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/2/16

_____
Executing officer's signature

Mosi Forde, Special Agent
Printed name and title

FD-597 (Rev 8-11-94)                                                      Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) 3-1-16

Floor 5

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) Tiversa

(Street Address) 606 Liberty Ave

(City) Pittsburgh, PA 15222

Description of Item(s):

Item 1 - 6 cds - labeled - backup, RS, CMS, TRx S, IP2Lx, IP2Lx
2 - Tiversa BitTorrent Scanner Overview
    Tiversa Darwin Overview
3 - Envelope containing papers referencing concerned employees and use of anonymizer
4 - Managed services agreement from RDX
    Traversa capital expenditures
5 - Papers found in bag containing billings and FBI references
6 - Billing documents w/ Traverse as client
7 - Various documents found [illegible] guidebook, [illegible], envelopes etc

8 - several notebooks with notes and daily planners
9 - Email from Gary Wood with master service agreement, Tiversa marketing agreement, confidentiality agreement, external software interface design, and Tiversa Facebook App project
10 - various client and project related documents
11 - thumb drive - [illegible]

Received By: _____(Signature)_____    Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)                                                                Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) March 1, 2016

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Tiversa, Inc.
(Street Address) ~~FF~~ 606 Liberty Ave Floor 6
(City) Pittsburgh PA

Description of Item(s): Employee emails
Service agreements and statements
marketing materials
CD's and thumbdrives
financial files and statements
Client files/records
payroll stubs
personnel records
journals
policy handouts
Metlife invoice and service agreements
Customer's records
merger documents
wire transfer confirmation
ledgers
Filter material

Received By: _____(Signature)_____   Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # FILTER MATERIAL   6TH FL

On (date) 3-1-16 SEARCH WARRANT

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) OFFICES OF TIVERSA
(Street Address) 606 LIBERTY AVENUE
(City) PITTSBURGH, PA

ITEM #

Description of Item(s): ROOM J + LOWER LEFT HAND DRAWER:

63
- LEGAL FEE BREAKDOWN SHEET
- MANILA FOLDER CONTAINING REED SMITH INVOICES

62
ROOM H - DESK AREA:
- VARIOUS LOOSE LEGAL PAPERS

66
ROOM O + CABINET ON RIGHT, MIDDLE DRAWER:
- FOLDERS CONTAINING HAMILTON, BROOK, SMITH, REYNOLDS INTELLECTUAL PROPERTY LAW DOCUMENTS
ROOM O - CABINET ON LEFT, 2ND DRAWER FROM THE BOTTOM:
- VARIOUS LEGAL DOCUMENTS CONCERNING LABMD

64
ROOM I - TWO CABINETS AGAINST WALL:
- VARIOUS LEGAL DOCUMENTS IN FOLDERS MARKED TESTIMONY US CONGRESS, OCEAN TOMO, AND PEPPER HAMILTON
- VARIOUS LOOSE LEGAL DOCUMENTS IN THE NAMES REED SMITH, CESARI + MCKENNA, OCEAN TOMO, AND PEPPER HAMILTON
ROOM I - TOP LEFT DRAWER OF DESK:
- VARIOUS LEGAL DOCUMENTS IN FOLDERS MARKED REED SMITH, CESARI + MCKENNA, PEPPER HAMILTON, + WILMER HALE

SEE PAGE 2 FOR OTHER ITEMS

Received By: (Signature)    Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # FILTER MATERIAL                    6TH FL

On (date) 3-1-16 SEARCH WARRANT

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) OFFICES OF TIVERSA
(Street Address) 606 LIBERTY AVENUE
(City) PITTSBURGH, PA

Description of Item(s): ROOM K - DESK TOP:
- RTJ LAW DOCUMENT FOUND IN FOLDER LABELED VIKING

ROOM K - 4 DRAWER METAL CABINET
- VARIOUS MORGAN LEWIS DOCUMENTS CONTAINED IN FOLDER LABELED CORPORATE STRUCTURE, FOLDER LABELED LEGAL REVIEW AND A BINDED REPORT TITLED TIVERSA, INC PURCHASE AGREEMENT

ROOM K - 2 DRAWER WOOD CABINET
- VARIOUS LOOSE LEGAL PAPERS
- VARIOUS LEGAL PAPERS CONTAINED IN FOLDERS LABELED HOUSE OVERSIGHT, WORKING CID, AND CID
- REED SMITH BINDER LABELED MEDIATION

NO OTHER ITEMS

Received By: _[signature]_     Received From: _____
           (Signature)                        (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) March 1, 2016

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Tiversa, Inc
(Street Address) 666 Liberty Avenue
(City) Pittsburgh, PA
— Seventh Floor

Description of Item(s):

1.) Documents, Notes, passwords
2.) 5 Tiversa DVDs, 3 hard drives, 1 scandisk, 2 NCC Abel DVDs
3.) Misc. optical media
4.) confidentialbusiness.com logs, server setup checklist, employee list
5.) 2 journals
6.) DVD-No label, DVD open manage systems mgmt tools documentation
7.) Paper with website, paper with company name
8.) Payroll envelope for Daniel H. Byrnes
9.) DVD
10.) Phone Numbers
11.) DVD
12.) 2 DVD-Rs and Iris Access (iData etc software)
13.) Phone and charger
14.) Username, password, and email information
15.) Thumb Drives (3)
16.) Business documents
17.) Notepads/handwritten notes
18.) rolodex and contact list, monthly reports, resumes, & other documents
19.) Handwritten passwords & Notes
20.) Documents including applications and sources list
21.) Business documents
22.) LabMD docs and Tiversa contact list
23.) Business cards and contacts
24.) thumb drive
25.) Handwritten notes about RSA
26.) Handwritten notes and documents about Darwin and Orphan
27.) Handwritten notes & pay stubs
28.) Customer documents
29.) Business documents & handwritten notes
30.) reports for logos, classified NDAs for employees and other security documents

Received By: _____(Signature)_____   Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) 3-1-16

Floor 2

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Tiversa
(Street Address) 606 Liberty Ave
(City) Pittsburgh, PA 15222

Description of Item(s):

Item 1 - policy manual
   cleat papers and outing

2 - Tiversa stock incentive plan
   - Capital one bank account summary Isaccio De Sonde Palma

3 - contact info for UDS
   MetLife company flowchart
   Tiversa Policy and procedures

4 - call center contact info
   Tiversa policy and procedures

5 - Pfizer folder
   company customer list

6 - Samantha Burke bank statement and picture of passport

Received By: _____ (Signature)
Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 19CD-WF-6434804

On (date) March 1, 2016

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Tiversa
(Street Address) 606 Liberty Avenue
(City) Pittsburgh, PA 15222

Description of Item(s): Nine (9) hard drives containing forensic images of Tiversa employee computers     CLS 3/1/16

Received By: _____(Signature)_____     Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-WF-6434804

On (date) March 2, 2016

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) Tiversa
(Street Address) 606 Liberty Avenue
(City) Pittsburgh, PA 15222

Description of Item(s): Seven (7) hard drives containing forensic images and logical copies of Tiversa server, computer passwords printout —— CFS 3/2/16

Received By: _____ (Signature)    Received From: _____ (Signature)